BLACK *et al. v.* HOROWITZ.

HEAD, Justice. 1. Contracts in general restraint of trade are void. Code, § 20-504. A contract concerning a lawful and useful business in partial restraint of trade and reasonably limited as to time and territory is not void. *Hood v. Legg,* 160 *Ga.* 620, 627 (128 S. E. 891); *Strauss v. Phillips,* 180 *Ga.* 641 (180 S. E. 123); *Kutash v. Gluckman,* 193 *Ga.* 805 (20 S. E. 2d, 128).

2. The contract in this case, restricting the right of the defendant Sorrells to engage in the business of roasting and blending coffee, and reasonably limited in time to five years, and in territory to the "Greater Atlanta Area," is valid and enforceable.

3. Misjoinder of parties and causes of action can only be taken advantage of by special demurrer. *Riley* v. *Royal Arcanum,* 140 *Ga.* 178 (1-b) (78 S. E. 303); *Butler* v. *McClure,* 177 *Ga.* 552 (170 S. E. 678); *Wilkinson* v. *Smith,* 179 *Ga.* 507 (176 S. E. 373).

4. The trial court's rulings excepted to were limited to the general demurrers of the defendant, and argument by counsel for the plaintiff in error in his brief that there was a misjoinder of parties and actions presents no question for review by this court.

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16104. FEBRUARY 10, 1948.

*Herbert Johnson* and *Gwen Jones Johnson,* for plaintiffs in error.

*Irving K. Kaler* and *Morris W. Macey,* contra.